UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. DEL RIO,<br><br>   Plaintiff,<br><br>   v.<br><br>SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE, et al.,<br><br>   Defendants. | Case No. 1:20-cv-01186-NONE-EPG<br><br>ORDER FOR PLAINTIFF TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN FORTY-FIVE DAYS |

Plaintiff is proceeding *pro se* in this civil rights action. (*See* ECF No. 1.) Plaintiff has not paid the $400.00 filing fee or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is respectfully directed to send Plaintiff an application to proceed *in forma pauperis* by a prisoner.

2. Within **forty-five (45) days** of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $400.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:  **August 24, 2020**          /s/ Erica P. Grosjean
                         UNITED STATES MAGISTRATE JUDGE

1