UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. DEL RIO,<br><br>               Plaintiff,<br><br>     v.<br><br>SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE, et al.,<br><br>               Defendants. | No. 1:20-cv-01186-NONE-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 6) |

       Plaintiff David J. Del Rio is proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff presently is serving a lengthy prison sentence at the California Correctional Institution, Tehachapi. In this civil action, he names as defendants the Superior Court of California for the County of Riverside and various judicial, prosecutorial, parole, and corrections employees associated with the state criminal justice system. (Doc. No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On March 2, 2021, the assigned magistrate judge entered findings and recommendations recommending that this action be dismissed without prejudice due to plaintiff's failure to state a claim. (Doc. No. 6.) Plaintiff was provided an opportunity to file objections to the findings and recommendations within thirty (30) days. (*Id.*) Plaintiff filed objections on April 5, 2021. (Doc. No. 7.)

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B), this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, including plaintiff's objections, the court finds the findings and recommendations to be supported by the record and by proper analysis.  Plaintiff advances three central objections to the pending findings and recommendations.  The first two raise constitutional issues related to his underlying crime of conviction in state court.  (Doc. No. 7 at 1–2.)  As indicated in the pending findings and recommendations, any claims based on such assertions are barred by *Heck v. Humphrey*, 512 U.S. 477, 486–87 (1994).  (Doc. No. 6 at 4.)  Plaintiff's third objection appears to focus on whether the magistrate judge reasonably interpreted plaintiff's claim under a federal statute:  the Privacy Act, 5 U.S.C. § 552a.  (*See* Doc. No. 6 at 4; Doc. No. 7 at 2.)  The findings and recommendations correctly concluded that claims may only be brought under that statute against agencies of the United States government.  (*See* Doc. No. 6 at 4.)

Accordingly,

1. The findings and recommendations entered on March 2, 2021 (Doc. No. 6) are adopted in full;
2. This case is dismissed without prejudice for failure to state a claim; and
3. The Clerk of Court is directed to assign a district judge to this case for the purpose of closing the case and then to close this case.

IT IS SO ORDERED.

Dated:   **April 13, 2021**                              ⎯⎯⎯⎯⎯*Dale A. Drozd*⎯⎯⎯⎯⎯
                                                                                        UNITED STATES DISTRICT JUDGE